AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ONE LOVE KOREAN PRESBYTERIAN CHURCH,
an Illinois religious organization,
and TAEK GIL JEONG 2054 Serenidad Ln.
Maryland Hts. MO 63043

V.

U.S. CITIZENSHIP AND IMMIGRATION SRVCS.

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:05CV01914

JUDGE: Rosemary M. Collyer

DECK TYPE: Administrative Agency Review
28

DATE STAMP: 09/28/2005

TO: (Name and address of Defendant)

United States Attorney
Judiciary Center Building,
555 Fourth Street, NW
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Piston
Michael E. Piston, P.C.
4000 Livernois, Suite 110
Troy, MI  48098

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

~~NANCY M. MAYER-WHITTINGTON~~          SEP 2 8 2005
CLERK                                    DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | October 10, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Sue Alexandrowicz | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  U.S. Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | -0- | -0- |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/10/2005
                    Date

*Signature of Server*

Michael E. Piston, PC
4000 Livernois, Suite 110, Troy, MI  48098

*Address of Server*

RECEIVED
OCT 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.