IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ONE LOVE KOREAN PRESBYTERIAN CHURCH, an Illinois religious organization and TAEK GIL JEONG<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES<br><br>Defendant. | Civil Action No. 05-1914 (RMC) |

**PRAECIPE**

The Clerk of the Court is respectfully requested to enter the appearance of Assistant United States Attorney Wyneva Johnson as counsel for defendant in the above-captioned case.

Respectfully submitted,

WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224