UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ONE LOVE KOREAN PRESBYTERIAN CHURCH, an Illinois religious organization, and TAEK GIL JEONG,<br><br>　　　　　Plaintiffs,<br>　　vs.<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States government,<br>　　　　　Defendant | Civil Action No. 1:05CV01914_<br><br>DISMISSAL NOTICE |

　　No answer or motion for summary judgment having been filed by the defendants, the plaintiffs, through their counsel, hereby dismiss this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

VOLUNTARY DISMISSAL　　　　　　　　　　　　　　　　Michael E. Piston, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　　4000 Livernois Ste 110
　　　　　　　　　　　　　　　　　　　　　　　　　　　Troy, MI 48098
　　　　　　　　　　　　　　　　　　　　　　　　　　　(248)524-1936

1  Dated this 19th day of December, 2005

2

3  Michael E. Piston
   Michael E. Piston, P.C.
4  DC Bar No. MI 002
   Attorney for the Plaintiffs
5  4000 Livernois Ste 110
   Troy, MI 48098
6  Phone: 248-524-1936
   Fax: 248-928-0340
7  e-mail: michael@piston.net

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25